# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff(s), )<br>vs. )<br>Martin Hernandez-Sustaita, )<br>　　　　Defendant(s). ) | NO. CR 07-01834-FRZ-GEE<br><br>ORDER |

　　　This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's request for evidentiary hearing as to allegations that Defendant violated conditions of his supervised release.

　　　On October 22, 2010, Magistrate Judge Glenda E. Edmonds conducted a hearing and on November 1, 2010 issued her Report and Recommendation [Doc 170]. A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

　　　The Court, having made an independent review of the record herein, orders as follows:

　　　IT IS ORDERED that Magistrate Judge Edmonds' Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

/////

IT IS FURTHER ORDERED finding that the Defendant has violated his conditions of supervised release.

IT IS FURTHER ORDERED that the Final Disposition Hearing set on <u>January 25, 2011 at 9:10 A.M. is affirmed.</u>

DATED this 3rd day of December, 2010.

*Frank R. Zapata*
**Frank R. Zapata**
**Senior United States District Judge**